

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00248-CV

Edna **SANCHEZ**,
Appellant

v.

**SOUTHWEST LTC KERRVILLE, LTD.** d/b/a River Hills Health and Rehabilitation Center
and Southwest LTC Kerrville, GP, LLC,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 09706B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  December 12, 2012

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have resolved all of their disputes.  The motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  The parties request that this court "dismiss this action and all claims, with prejudice."  Accordingly, all previous orders and judgments, both trial and appellate, are set aside, and this appeal and the underlying cause are dismissed with prejudice.  *See Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.); *Panterra v. American Dairy Queen*,

908 S.W.2d 300, 301 (Tex. App.—San Antonio 1995, no writ).  Costs of appeal are taxed against the parties who incurred them.

PER CURIAM